(Official Form 1) (04/07)

| **United States Bankruptcy Court**<br>**NORTHERN DISTRICT OF OKLAHOMA** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if Individual, enter Last, First, Middle):<br>**Hill, Bobby Ray** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hill, Felice Theresa** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(Include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years:<br>(Include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**XXX-XX-8111** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**XXX-XX-0965** |
| Street Address of Debtor (No. and Street, City and State):<br>**5101 East 27th Place**<br>**Tulsa, OK  74114**   ZIPCODE: **74114** | Street Address of Joint Debtor (No. and Street, City and State ):<br>**5101 East 27th Place**<br>**Tulsa, OK  74114**   ZIPCODE: **74114** |
| County of Residence or of the Principal Place of Business:<br>**Tulsa** | County of Residence or of the Principal Place of Business:<br>**Tulsa** |
| Mailing Address of Debtor (If different from street address)   ZIPCODE: | Mailing Address of Joint Debtor (If different from street address)   ZIPCODE: |
| Location of Principal Assets of Business Debtor (If different from street address above)   ZIPCODE: | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 USC §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy  Code Uunder Which the Petition is Filed (Check one box.)**

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Non-main Proceeding

**Nature of Debts (Check one box.)**

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as " incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee (Check one box.)**

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 indiviudals only). Must attach signed application for the court's consideration. See Official Form No. 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C.§ 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C.§ 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to non-insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 112(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

☒ 1-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 10,001-25,000  ☐ 25,001-50,000  ☐ 50,001-100,000  ☐ OVER 100,000

Estimated Assets

☐ $0 to $10,000  ☐ $10,001 to $100,000  ☒ $100,001 to $1 million  ☐ $1 million to $100 million  ☐ More than $100 million

Estimated Liabilities

☐ $0 to $50,000  ☐ $50,001 to $100,000  ☒ $100,001 to $1 million  ☐ $1 million to $100 million  ☐ More than $100 million

(Official Form 1) (04/07)                                                                                                    FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s)<br>**HILL, Bobby Ray and**<br>**HILL, Felice Theresa** |
|---|---|

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 8 YEARS** (If more than one, attach additional sheet)

| Location Where Filed<br>**None** | Case Number | Date Filed |
|---|---|---|

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR** (if more than one, attach additional sheet)

| Name of Debtor<br>**None** | Case Number | Date |
|---|---|---|
| District | Relationship | Judge |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.) | I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | s/ Lewis Lorenz                                        6/3/2007 |
| | Signature of Attorney for Debtor(s)                Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**
(To be completed by every debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding this date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has judgment against the debtor for possession of debtor's residence. (If checked, complete the following.):

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered., and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (04/07)                                                                                                    FORM B1, Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s)<br>**HILL, Bobby Ray and**<br>**HILL, Felice Theresa** |

### SIGNATURES

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I/we request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**s/ Bobby Ray Hill**

Signature of Debtor

**s/ Felice Theresa Hill**

Signature of Joint Debtor

**918-749-7637**

Telephone Number (If not represented by an attorney)

**6/3/2007**

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only **one** box.)

☐ I request relief in accordance with Chapter 15 of title 11, Unites States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Attorney

**s/ Lewis Lorenz**

Signature of Attorney for Debtor(s)

**Lewis Lorenz**                                     **OBA: 12755**

Printed Name and Bar Number of Attorney for Debtor(s)

**Lewis C. Lorenz and Associates**
**Attorneys and Counselors at Law**
**1219 South Galveston Ave.**
**Tulsa, OK 74127-9111**

Firm Name and Address

**(918) 583-7865**

Telephone Number

**6/3/2007**

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or typed name of Bankruptcy Petition Preparer.

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security Number of the officer, principal, responsible person, or partner who signs this document.) (Required by 11 U.S.C. § 110.)

Address                                                    Tel. No.

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the Debtor.

The Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

*Copyright 2007  © by LCL Designs, Tulsa, OK*

Form B1 - Exhibit D (Page 1)
(10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re   **HILL, Bobby Ray and**
     **HILL, Felice Theresa** _____    Case No. _____

                                 Debtor(s)                                              (If known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------

Form B1 - Exhibit D (Page 1)
(10/06)

Form B1 - Exhibit D (Page 2)
(10/06)

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

| | |
|---|---|
| **6/3/2007** | **s/ Bobby Ray Hill** |
| Date | Signature of Debtor |

Form B1 - Exhibit D (Page 1)
(10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____    Case No. _____
Debtor(s)                                              (If known)

## EXHIBIT D - INDIVIDUAL JOINT DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------
---------------------------------------------------------------------------------

Form B1 - Exhibit D (Page 1)
(10/06)

Form B1 - Exhibit D (Page 2)
(10/06)

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

| | |
|---|---|
| **6/3/2007** | **s/ Felice Theresa Hill** |
| Date | Signature of Joint Debtor |

Form B6 - Summary of Schedules (Page 1)
(10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re   **HILL, Bobby Ray and**
**HILL, Felice Theresa**      Case No. _____

                   Debtor(s)      Chapter:    **Chapter 7**

# SUMMARY OF SCHEDULES

    Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $93,000.00 | | |
| B - Personal Property | Yes | 3 | $92,025.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $104,765.44 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $22,569.65 | |
| F - Creditors Holding Unsecured Non-Priority Claims | Yes | 5 | | $126,712.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Co-Debtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,764.24 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,734.99 |
| Totals -> | | 16 | $185,025.00 | $254,047.36 | |

Form B6  - Statistical Summary (Page 1)
(10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re    **HILL, Bobby Ray and**
       **HILL, Felice Theresa**

                            Debtor(s)

Case No. _____
Chapter:    **Chapter 7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U..S.C §101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| TYPE OF LIABILITY | AMOUNT |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $20,604.65 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | $30,440.03 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing and Other Similar Obligations (from Schedule F) | $389.38 |
| TOTAL -> | $51,434.06 |

| State the following: | AMOUNT |
|---|---|
| Avergae Income (from Schedule I, Line 16) | $2,764.24 |
| Average Expenses (Schedule J, Line 18) | $3,734.99 |
| Current monthly Income (from Form  22A Line 12 ; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20) | $3,891.64 |

| State the following: | AMOUNT | AMOUNT |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" Column. | | $6,000.56 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $22,569.65 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY: column. | | $0.00 |
| 4. Total from Schedule F | | $126,712.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $132,712.83 |

Form 6A  (Page 1) (10/06)

**HILL, Bobby Ray and**
In re **HILL, Felice Theresa** _____   Case No. _____
_____
Debtor                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

☐  Check this box if debtor has no real property to report on this Schedule A.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence 5101 E. 27th Pl. Tulsa, Oklahoma | Mortgagor | J | $93,000.00 | $94,266.00 |
| Last page of Schedule A (consisting of 1 pages). | **TOTAL –>** | | $93,000.00 | |
| | | | (Also on Summary of Schedules) | |

Form 6B  (Page 1) (10/06)

In re  **HILL, Bobby Ray and**
**HILL, Felice Theresa**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place "X" in the appropriate position in the column labeled "None." If additional space is need in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings account:<br>Bank of Oklahoma<br>5330 E. 31st<br>Tulsa, OK 74135 | J | $68.00 |
| | | Money market account:<br>Wells Fargo<br>PO Box 55290<br>Boston, MA, 02205 | J | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Common household goods and furnishings.<br>At residence. | J | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Common books, music cds, and pictures.<br>At residence. | J | $500.00 |
| 6. Wearing apparel. | | Common wearing apparel.<br>At residence. | J | $2,000.00 |
| 7. Furs and jewelry. | | Wedding rings.<br>At residence or with debtors. | W | $2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Yashica 35mm camera ( 9 years old) | J | $150.00 |

Form 6B  (Page 2) (10/05)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. §530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. §521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars.. | | 401k Smith Barney c/o Paychex 9810 E. 42nd St. Tulsa, OK 74146 | J | $66,212.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Form 6B (Page 3) (10/05)

In re __HILL, Bobby Ray and__
      __HILL, Felice Theresa__                                    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Neon (90236 miles) | J | $1,325.00 |
| | | 2003 Mercedez C240 4 door sedan (51,608 miles) | W | $16,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | Arbonne products. Att residence. | W | $520.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing and harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | Tools, miscellaneous items. At residence. | J | $150.00 |

Page 3 of 3.

TOTAL —>    $92,025.00

(Also on Summary of Schedules)

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6C  (Page 1) (04/07)

In re    **HILL, Bobby Ray and**
        **HILL, Felice Theresa**                  Case No. _____
                     Debtor                                             (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box.)                                       $136,875.
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Home as principal residence. 5101 E. 27th Pl. Tulsa, Oklahoma | 31 O.S. §§ 1 et. seq. | $93,000.00 | $93,000.00 |
| Household and kitchen furnishings. | 31 O.S. §§ 1 et. seq. | $2,500.00 | $2,500.00 |
| Books, portraits and pictures. | 31 O.S. §§ 1 et. seq. | $500.00 | $500.00 |
| Wearing apparel valued to $4,000. | 31 O.S. §§ 1 et. seq. | $2,000.00 | $2,000.00 |
| Wedding and anniversary rings valued to $3,000. | 31 O.S. §§ 1 et. seq. | $2,000.00 | $2,000.00 |
| Interest in one motor vehicle per debtor valued to $7,500. (1997 Plymouth Neon) | 31 O.S. §§ 1 et. seq. | $7,500.00 | $1,325.00 |
| Interest in one motor vehicle per debtor valued to $7,500. (2003 Mercedes C240) | 31 O.S. §§ 1 et. seq. | $7,500.00 | $16,500.00 |
| 75% of all current wages or earnings during last 90 days. | 31 O.S. §§ 1 et. seq. | $10,931.60 | $10,931.60 |
| Interest in tax exempt or tax deferred retirement plans or arrangements. | 31 O.S. §§ 1 et. seq. | $66,212.58 | $66,212.58 |

Last page of Schedule C - Property Claimed as Exempt (consisting of 1 pages)

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6D  (Page 1) (10/06)

In re    **HILL, Bobby Ray and**
        **HILL, Felice Theresa**                  Case No. _____

                        Debtor                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of this petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishment, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Co-debtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT#:   x...4516<br>Citicorp Mortgage Inc.<br>PO Box 9442 Dept. 0<br>Gaithersburg, MD  20898 | | J | 11/1/98<br>Mortgage<br>Residence<br>5101 E. 27th Pl.<br>Tulsa, Oklahoma<br><br>VALUE:     $93,000.00 | | | | $64,127.00 | |
| ACCT#:   x...4298<br>Homecoming Financial Network<br>2711 N. Haskell Ave, Suite 1000<br>Dallas, TX  75204-2911 | | J | 6/1/00<br>Mortgage<br>Residence<br>5101 E. 27th Pl.<br>Tulsa, Oklahoma<br><br>VALUE:     $93,000.00 | | | | $30,139.00 | |
| ACCT#:   x...4580<br>Mercedes-Benz Financial<br>PO Box 685<br>Roanoke, TX  76262 | | W | 8/1/03<br>Automobile Lien<br>2003 Mercedes-Benz C240<br><br>VALUE:     $16,500.00 | | | | $10,499.44 | $6,000.56 |

Page 1 of 1.                      **Subtotals:** (This page only.) --> | $104,765.44 | $6,000.56

**Totals:** (All pages.) (Also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) --> | $104,765.44 | $6,000.56

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6E (Page 1) (04/07)

In re   **HILL, Bobby Ray and**
      **HILL, Felice Theresa** _____      Case No. _____
                   Debtor                                                 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Co-debtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data. Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.

Report the total of amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case.** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions.** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950*, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(5).

☐ **Certain farmers and fishermen.** Claims of certain farmers and fishermen, up a maximum of $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals.** Claims of individuals up to a maximum of $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units.** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution.** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(A)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, drugs, or another substance. 11 U.S.C. § 507(A)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6E  (Page 1) (04/07)

In re   **HILL, Bobby Ray and**
      **HILL, Felice Theresa** _____      Case No. _____

Debtor                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet No. 1 of 1)

### TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENT UNITS

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT#:   x…8111<br><br>Internal Revenue Service<br>Memphis, TN  38101-0069 | | | 4/15/03<br><br>Income Tax for 2003 and 2004 | | | | $20,604.65 | $20,604.65 | |
| ACCT#:   x…8111<br><br>Oklahoma Tax Commission<br>Account Maintenance Division<br>PO Box 53248<br>Oklahoma City, OK  73152-3248 | | | 4/15/03<br><br>State income taxes for 2003 and 2004. | | | | $1,965.00 | $1,965.00 | |

Page 1 of 1.                                **Subtotal:** (This page only) —>

| | |
|---|---|
| **Subtotal:** (This page only) —> | $22,569.65     $22,569.65 |
| **Total:** (All pages.) (Also on Summary of Schedules) —> | $22,569.65 |
| **Totals:** (All pages.) (Also, if applicable, on Statistical Summary of Certain Liabilities and Related Data) —> | $22,569.65 |

Form 6F (Page 1) (10/06)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____    Case No. _____
                                    Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petition. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Co-debtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is un-liquidated, place an "X" in the column labeled "Un-liquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCT#: x…1000<br><br>American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | | | 7/1/97<br>Revolving Credit | | | | $3,394.48 |
| ACCT#: x…8772<br><br>American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | | | 11/1/96<br>Revolving Credit | | | | $3,394.00 |
| ACCT#: x…7348<br><br>Bank of America<br>Bankruptcy Dept./Claims<br>4161 Piedmont Parkway<br>Greensborough, NC 27410 | | | 10/1/98<br>Revolving Credit | | | | $10,571.00 |
| ACCT#: x…7836<br><br>Bank of America<br>Bankruptcy Dept./Claims<br>4161 Piedmont Parkway<br>Greensborough, NC 27410 | | | 8/1/99<br>Revolving Credit | | | | $6,114.00 |

Page 1 of 5.                                        **Subtotal:** (Of this page only) —>    $23,473.48

Copyright 2007 © by LCI Designs Tulsa, OK

Form 6F  (Page 2) (10/06)

**HILL, Bobby Ray and**
In re **HILL, Felice Theresa**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet No. 1 of 4)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCT#:  x...0495<br>Bank of America MBNA<br>PO Box 17054<br>Wilmington, DE  19884 | | | 2/1/98<br>Revolving Credit | | | | $8,408.00 |
| ACCT#:  x...2991<br>Bank of America MBNA<br>PO Box 17054<br>Wilmington, DE  19884 | | | 8/1/98<br>Revolving Credit | | | | $7,802.00 |
| ACCT#:  x...7916<br>Capital One<br>PO Box 650007<br>Dallas, TX  75265-0007 | | | 7/1/03<br>Revolving Credit | | | | $1,096.87 |
| ACCT#:  x...4171<br>Credit Collection Services<br>Two Wells Avenue<br>Newton, MA  02459 | | | 4/1/06<br>Medical Services | | | | $48.54 |
| ACCT#:  x...2749<br>Creditors Interchange<br>80 Holtz Dr.<br>Buffalo, NY  14225 | | | 7/1/98<br>Revolving Credit | | | | $10,140.81 |
| ACCT#:  x...7735<br>Family Medical Center<br>PO Box 268977<br>Oklahoma City, OK  73126 | | | 8/1/06<br>Medical Services | | | | $52.00 |

Page 2 of 5.

**Subtotal:** (Of this page only) --> $27,548.22

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6F  (Page 3) (10/06)

|  | **HILL, Bobby Ray and** | |
|---|---|---|
| In re | **HILL, Felice Theresa** | Case No. |
|  | Debtor | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

(Continuation Sheet No. 2 of 4)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCT#:  x…0680<br>Gary Fincher, DDS<br>6971 E. 71st St.<br>Tulsa, OK  74133 | | | 12/6/06<br>Dental Services | | | | $406.80 |
| ACCT#:<br>Harvey and Pat Holien<br>11819 Candlereek Dr.<br>Monument, CO  80132 | | | 12/15/06<br>Promissory Note | | | | $10,000.00 |
| ACCT#:  x…8919<br>Household Credit Services<br>P.O. Box 60102<br>City of Industry, CA  91716-0102 | | | 2/1/06<br>Revolving Credit | | | | $433.72 |
| ACCT#:  x…4842<br>Lab Corp of America<br>PO Box 2240<br>Burlington, NC  27216-2240 | | | 3/1/06<br>Medical Services | | | | $464.71 |
| ACCT#:  x…9906<br>Love, Beal & Nixon, P.C.<br>P.O Box 32738<br>Oklahoma City, OK  73123 | | | 7/1/98<br>Promissory Note | | | | $7,079.00 |
| ACCT#:  x…1786<br>National Enterprise Systems<br>29125 Solon Road.<br>Cleveland, OH  44139-3442 | | | 7/1/99<br>Revolving Credit | | | | $527.00 |

**Subtotal:** (Of this page only) --> | $18,911.23

Copyright 2007 © by LCI Designs, Tulsa, OK.

Form 6F  (Page 4) (10/06)

In re **HILL, Bobby Ray and**
   **HILL, Felice Theresa** _____     Case No. _____
   Debtor                                                 (If known)

<h1 align="center">SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS</h1>
(Continuation Sheet No. 3 of 4)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCT#:  x...2004<br>NCO Financial System, Inc.<br>507 Prudential Road<br>Horsham, PA  19044 | | | 7/1/97<br>Revolving Credit | | | | $9,730.17 |
| ACCT#:  x...3095<br>NCO Financial System, Inc.<br>507 Prudential Road<br>Horsham, PA  19044 | | | 7/1/03<br>Revolving Credit | | | | $967.12 |
| ACCT#:  x...8978<br>Rausch, Sturm, Israel and Hornik<br>1012 Grand Blvd., #A<br>Oklahoma City, OK  73118 | | | 7/1/98<br>Revolving Credit | | | | $8,998.00 |
| ACCT#:  x...1162<br>Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY  11735-9100 | | | 7/1/97<br>Revolving Credit | | | | $5,915.67 |
| ACCT#:  x...0055<br>Tulsa Adjustment Bureau<br>1754 Utica Square<br>Tulsa, OK  74114 | | | 2/1/06<br>Medical Services | | | | $338.97 |
| ACCT#:  x...5206<br>Tulsa Coffee Service Inc.<br>Attn: David Neighbors<br>PO Box 581238<br>Tulsa, OK  74158 | | | 6/1/02<br>Promissory Note | | | | $389.38 |

Page 4 of 5.                                    **Subtotal:** (Of this page only) --> | $26,339.31

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6F  (Page 5) (10/06)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa**
_____
                                    Debtor

Case No. _____
                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS
(Continuation Sheet No. 4 of 4)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCT#:  x…0965<br>United States Department of Education<br>PO Box 7202<br>Utica, NY  13504-7207 | | | 2/1/96<br>Student Loans | | | | $30,440.03 |

Page 5 of 5.

Subtotal: (Of this page only) —> | $30,440.03

**Totals:** (All pages.) (Also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) —> | $126,712.27

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6G  (Page 1) (10/06)

In re   **HILL, Bobby Ray and**
**HILL, Felice Theresa**                                     Case No. _____

                                             Debtor                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interest. State the nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. §112; Fed. R. Bankr. P. 1007(m).

☒   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS ,INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NON-RESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Last page of Schedule G - Executory Contracts and Unexpired Leases (consisting of  1 pages).

Copyright 2007 © by LCL Designs, Tulsa, OK

Form 6H  (Page 1) (10/06)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and cosigners. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the non-debtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or creditor, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. §112; Fed. R. Bankr. P. 1007(m).

☒  Check this box if debtor has no co-debtors to report on this Schedule H.

| NAME AND ADDRESS  OF CO-DEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Last page of Schedule H - Co-Debtors (consisting of  1 pages).

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 6I  (Page 1) (10/06))

In re  **HILL, Bobby Ray and**
**HILL, Felice Theresa**                                    Case No. _____
_____                              (If known)
                    Debtor

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDANTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGES |
| Married | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| OCCUPATION | Sales | Secretarial/Self-employed |
| NAME OF EMPLOYER | Executive Coffee Service | Summitt Recruiting, Inc. |
| HOW LONG EMPLOYED | 18 yrs | 3 years |
| ADDRESS OF EMPLOYER | PO Box 581238<br>Tulsa, OK 74158 | 5556 E. 71st St, Ste. 6105 |

**INCOME:** (Estimate of average or projected monthly income at time case filed)   **DEBTOR**   **SPOUSE**

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and comissions ................................................<br>  (Prorate if not paid monthly) | $3,055.08 | $790.20 |
| 2. Estimate monthly overtime................................................................................ | $0.00 | $0.00 |
| 3.  SUBTOTAL............................................................................................ | $3,055.08 | $790.20 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security............................................................ | $575.42 | $86.69 |
|   b.  Insurance................................................................................... | $382.32 | $0.00 |
|   c.  Union  dues............................................................................... | $0.00 | $0.00 |
|   d. Other (specify) **401k contribution, 401k loan repayment, Cafe PL, garnishment**...... | $1,049.82 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS........................................................ | $2,007.56 | $86.69 |
| 6.TOTAL NET MONTHLY TAKE HOME PAY................................................... | $1,047.52 | $703.51 |
| 7. Regular income from operation of business, profession or farm (attach detailed statement)..... | $0.00 | $1,013.21 |
| 8. Income from real property...................................................................... | $0.00 | $0.00 |
| 9. Interest and dividends.......................................................................... | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for<br>  the debtor's use or that of dependants listed above........................................ | $0.00 | $0.00 |
| 11. Social security or other government assistance (specify)<br>  ................................................................................................ | $0.00 | $0.00 |
| 12.  Pension  or  retirement  income................................................................ | $0.00 | $0.00 |
| 13. Other monthly income (specify)<br>  ................................................................................................<br>  ................................................................................................<br>  ................................................................................................ | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00 |
| 14.  SUBTOTAL  OF  LINES  7  THROUGH  13........................................................ | $0.00 | $1,013.21 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14).................... | $1,047.52 | $1,716.72 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15).... | | **$2,764.24** |

(Also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Copyright 2007  © by LCi Designs, Tulsa, OK

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

**In re Bankruptcy of:**

| | |
|---|---|
| **Bob R. Hill and Felice T. Hill** | **Case No:** |
| **Debtor(s)** | **Chapter: 7** |

## ATTACHMENT TO
## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**Regular expenses from operation of business, profession, or farm.**

Expenses  – Debtor Felice T. Hill

Itemized for 1-1-07 to 5-31-07:

| | |
|---|---:|
| Business Meals | 213.00 |
| Business Support | 84.01 |
| Business Tools/Office | 97.11 |
| Meetings/Fees | 405.00 |
| Postage/Shipping | 218.60 |
| Recognition | 98.92 |
| Gifts | 23.45 |
| Tolls | 6.65 |
| Donations | 110.00 |
| Travel/Lodging | 421.34 |
| Travel/Meals | 74.56 |
| Damaged Products | 17.64 |
| Personal Use | 99.22 |
| Arbonne Biz Aids | 78.75 |
| Promotion Products | 306.77 |
| Samples | 476.70 |
| **Total:** | **2731.72** |

Form 6J  (Page 1) (10/06)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____      Case No. _____
<span style="padding-left:6em">Debtor</span>                                                     (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)....................................................... $712.83
   a. Are real estate taxes included?   ☒ Yes  ☐ No
   b. Is property insurance included?   ☒ Yes  ☐ No
2. Utilities:
   a. Electricity and heating fuel.............................................................................................. $120.00
   b. Water and sewer.......................................................................................................... $50.00
   c. Telephone..................................................................................................................... $109.00
   d. Other: **Cable and Internet**....................................................................................... $91.99
3. Home maintenance (repairs and upkeep)................................................................................... $0.00
4. Food................................................................................................................................. $300.00
5. Clothing............................................................................................................................. $0.00
6. Laundry and dry cleaning...................................................................................................... $0.00
7. Medical and dental expenses................................................................................................. $30.00
8. Transportation (not including car payments)............................................................................ $120.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc............................................... $16.00
10. Charitable contributions.....................................................................................................
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's............................................................................................... $0.00
   b. Life............................................................................................................................. $64.60
   c. Health.......................................................................................................................... $0.00
   d. Auto............................................................................................................................ $91.00
   e. Other:.......................................................................................................................... $0.00
12. Taxes (not deducted from wages or included in home mortgage payments)
   (Specify) .........................................................................................................................
13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto............................................................................................................................ $699.00
   b. Other: **2nd mortgage**.............................................................................................. $420.00
   c. Other:..........................................................................................................................
14. Alimony, maintenance, and support paid to others.................................................................... $0.00
15. Payments for support of additional dependents not living at your home......................................... $0.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement).................... $910.57
17. Other: ............................................................................................................................

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.)..................................................... | ........................ **$3,734.99** |
   (Also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Total monthly income from Line 16 of Schedule I............................................................... $2,764.24
   b. Total monthly expenses from Line 18 above...................................................................... $3,734.99
   c. Net monthly income (a minus b)..................................................................................... -$970.75

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

**In re Bankruptcy of:**

| | |
|---|---|
| **Bob R. Hill and Felice T. Hill** | **Case No:** |
| **Debtor(s)** | **Chapter: 7** |

### ATTACHMENT TO
### SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**Regular expenses from operation of business, profession, or farm.**

Expenses  – Debtor Felice T. Hill

Itemized for 1-1-07 to 5-31-07:

| | |
|---|---:|
| Business Meals | 213.00 |
| Business Support | 84.01 |
| Business Tools/Office | 97.11 |
| Meetings/Fees | 405.00 |
| Postage/Shipping | 218.60 |
| Recognition | 98.92 |
| Gifts | 23.45 |
| Tolls | 6.65 |
| Donations | 110.00 |
| Travel/Lodging | 767.34 |
| Travel/Meals | 74.56 |
| Damaged Products | 17.64 |
| Personal Use | 99.22 |
| Arbonne Biz Aids | 78.75 |
| Promotion Products | 448.77 |
| Samples | 583.66 |

**Total:**  **3326.68**

Form 6 - Declaration  (Page 1) (10/06)

In re  **HILL, Bobby Ray and**
**HILL, Felice Theresa**  _____   Case No.  _____
           Debtor                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

 I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| **6/3/2007** | **s/ Bobby Ray Hill** |
| Date | Signature of Debtor |
| **6/3/2007** | **s/ Felice Theresa Hill** |
| Date | Signature of Joint Debtor (if any) |

             *[If joint case, both spouses must sign.]*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

 I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Type Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person,*
*or partner who signs this document.*

Address

_____    _____
Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual: *If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

 I, the _ of the _ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _ sheets *(total shown on summary page plus 1),* and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

_____    _____
Date                 Signature of Authorized Individual

                _____
                Print ed or typed name of individual signing on behalf of debtor

     ***[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]***

***Penalty for making a false statement or concealing property : Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.***

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 7 - Statement of Financial Affairs (Page 1) (04/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re   **HILL, Bobby Ray and**
       **HILL, Felice Theresa** _____    Case No. _____

                                       Debtor                                                       (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Question 19-25. If the answer to any question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporation of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

☐ **None**

### 1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $24,107.00 | 2005 Income for Felice Hill |
| $34,790.00 | 2005 Income for Bob Hill |
| $38,912.00 | 2006 Income for debtor Bob Hill |
| $8,981.00 | 2006 income for debtor Felice Hill |
| $15,275.40 | 2007 Income to date filing for debtor Bob Hill |
| $9,017.05 | 2007 income to date of filing for debtor Felice Hill |

☒ **None**

### 2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 7 - Statement of Financial Affairs (Page 2) (04/07)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____     Case No. _____
Debtor                                                                (If known)

### 3. PAYMENTS TO CREDITORS
**Complete a or b, as appropriate, and c.**

☐ **None**   a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Homecoming Financial Network 2711 N. Haskell Ave, Suite 1000 Dallas, TX  75204-2911 | Each month for each of the 3 months prior to filing this petition. | $420 per month. $1,260.00 | $30,139.00 |
| Citicorp Mortgage Inc. PO Box 9442 Dept. 0 Gaithersburg, MD  20898 | Each month for each of the 3 months prior to filing this petition. | $652.00 per month $1,956.00 | $64,127.00 |
| Mercedes-Benz Financial PO Box 685 Roanoke, TX  76262 | Each month for each of the 3 months prior to filing this petition. | $699.00 per month $4,053.00 | $10,499.44 |

☒ **None**   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceeding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ **None**   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

### 4. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS

☐ **None**   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| MBNA America Bank N.A. vs. Bobby R. Hill, CS-2006-5490 | Indebtedness | Tulsa County District Court, Tulsa, Oklahoma | Judgment rendered 11-9-06 |
| FIA CARD SERVICES NA, vs, Bobby R. Hill, CS-2007-3050 | Indebtedness | Tulsa County District Court, Tulsa, Oklahoma | Pending |

☐ **None**   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Love, Beal & Nixon, P.C. P.O Box 32738 Oklahoma City, OK  73123 | 12/6/06 | Wage Garnishment CS-06-5490 |

### 5. REPOSSESSIONS, FORECLOSURES AND RETURNS

Form 7 - Statement of Financial Affairs (Page 3) (04/07)

|  | **HILL, Bobby Ray and** |  |  |
|---|---|---|---|
| In re | **HILL, Felice Theresa** |  | Case No. |
|  | Debtor | | (If known) |

☒ **None**     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**6. ASSIGNMENTS AND RECEIVERSHIPS**

☒ **None**     a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ **None**     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**7. GIFTS**

☒ **None**     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**8. LOSSES**

☒ **None**     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

☐ **None**     List all Payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VAALUE OF PROPERTY |
|---|---|---|
| Lewis C. Lorenz<br>Attorney at Law<br>1219 South Galveston Avenue<br>Tulsa, Oklahoma 74127-9111 | 12/8/06 | $650.00 |
| Consumer Credit Counseling Service<br>1055 S. Campbell<br>Springfield, MO 65807 | 4/19/07 | $50.00 |

**10. OTHER TRANSFERS**

☒ **None**     a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ **None**     b. List all property transferred by the debtor within ten years immediately preceeding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. CLOSED FINANCIAL ACCOUNTS**

☒ **None**     List all financial accounts and instruments held in the name of debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**12. SAFE DEPOSIT BOXES**

Form 7 - Statement of Financial Affairs (Page 4) (04/07)

In re   **HILL, Bobby Ray and**
     **HILL, Felice Theresa** _____      Case No. _____

                                       Debtor                                                       (If known)

☒ **None**     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

### 13. SETOFFS

☒ **None**     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

### 14. PROPERTY HELD FOR ANOTHER PERSON

☒ **None**     List all property owned by another person that the debtor holds or controls.

### 15. PRIOR ADDRESS OF DEBTOR

☒ **None**     If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. SPOUSE AND FORMER SPOUSES

☒ **None**     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. ENVIRONMENTAL INFORMATION

☒ **None**     For the purpose of this question, the following definitions apply:

                "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

                "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

                "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☒ **None**     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit the date of the notice, and, if known, the Environmental Law.

☒ **None**     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which notice was sent and the date of the notice.

☒ **None**     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. NATURE, LOCATION AND NAME OF BUSINESS

Form 7 - Statement of Financial Affairs (Page 5) (04/07)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____     Case No. _____
                                           Debtor                                              (If known)

☐ **None**    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full-time or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO/COMPLETE EIN OR OTHER TAXPAYER ID NO. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| Felice Hill Arbonne International Consultant | 0965 | Cosmetics Sales | 1997 to Present |

☒ **None**    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

Form 7 - Statement of Financial Affairs (Page 6) (04/07)

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____   Case No. _____
　　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

☐ **None**　　a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Debtor Felice Hill<br>5101 East 27th Place<br>Tulsa, OK 74114 | |

☒ **None**　　b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case audited the books of account and records, or prepared a financial statement of the debtor.

☐ **None**　　c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS |
|---|
| Debtor Felice Hill<br>5101 East 27th Place<br>Tulsa, OK 74114 |

☒ **None**　　d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

**20. INVENTORIES**

☐ **None**　　a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or basis) |
|---|---|---|
| 12/31/06 | Debtor Felice Hill | $344.00 |
| 12/31/05 | Debtor Felice Hill | $252.00 |

☐ **None**　　b. List the name and address of the person having possession of the records of each of the two inventories reported in "a" above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|
| 12/31/06 | Felice Hill<br>5101 E. 27th Pl.<br>Tulsa, OK |
| 12/31/05 | Felice Hill<br>5101 E. 27th Pl.<br>Tulsa, OK |

**21. CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

☒ **None**　　a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ **None**　　b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 7 - Statement of Financial Affairs (Page 7) (04/07)

In re   **HILL, Bobby Ray and**
       **HILL, Felice Theresa** _____
                                    Debtor

Case No. _____
                    (If known)

---

☒ **None**   **22. FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**
             a. If the debtor is a partnership, list each member who withdrew from the partnership within  one year immediately
             preceding the commencement of this case.

☒ **None**   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
             one year immediately preceding the commencement of this case.

---

☒ **None**   **23. WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTION BY A CORPORATION**
             If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
             compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year
             immediately preceding the commencement of this case.

---

☒ **None**   **24. TAX CONSOLIDATION GROUP**
             If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
             consolidated group for tax purposes of which the debtor has been a member at any time within the six year period
             immediately preceding the commencement of the case.

---

☒ **None**   **25. PENSION FUNDS**
             If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
             the debtor, as an employer, has been responsible for contributing at any time within six year period immediately
             preceding the commencement of the case.

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 7 - Statement of Financial Affairs  (Page 8) (04/07)

In re **HILL, Bobby Ray and HILL, Felice Theresa**
Debtor

Case No. _____
(If known)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | |
|---|---|
| **6/3/2007** | **s/ Bobby Ray Hill** |
| Date | Signature of Debtor |
| **6/3/2007** | **s/ Felice Theresa Hill** |
| Date | Signature of Joint Debtor (if any) |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | |
|---|---|
| _____ | _____ |
| Date | Signature of Authorized Individual |
| | _____ |
| | Print ed or typed name of individual signing on behalf of debtor |
| | _____ |
| | Position or relationship to debtor |

*[An individual signing on behalf of a partnership or corporation must indicate position/relationship to debtor]*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Type Name of Bankruptcy Petition Preparer   Social Security No.

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual: (If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.)

_____          _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Last page of Statement of Financial Affairs (consisting of   pages).

**Penalty for making a false statement or concealing property : Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.**

Copyright 2007 © by LCI Designs, Tulsa, OK

Form 8 - Statement of Intention (Page 1) (10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____     Case No. _____

Debtor                                           (If known)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
I have file a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

### a. Secured property.

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt. | Property will be redeemd pursuant to 11 USC § 722 | Debts will be reaffirmed pusuant to 11 USC § 524(c) |
|---|---|---|---|---|---|
| 2003 Mercedes-Benz C240 | Mercedes-Benz Financial PO Box 685 Roanoke, TX  76262 | | | | X |
| Residence 5101 E. 27th Pl. Tulsa, Oklahoma | Citicorp Mortgage Inc. PO Box 9442 Dept. 0 Gaithersburg, MD  20898 | | | | X |
| Residence 5101 E. 27th Pl. Tulsa, Oklahoma | Homecoming Financial Network 2711 N. Haskell Ave, Suite 1000 Dallas, TX  75204-2911 | | | | X |

### b. Personal property subject to an unexpired lease.

| Description of Leased Property | Leasor's Name | |
|---|---|---|
| **None** | | |

**6/3/2007** _____        **s/ Bobby Ray Hill** _____
Date                                         Signature of Debtor

**6/3/2007** _____        **s/ Felice Theresa Hill** _____
Date                                         Signature of Joint Debtor (if any)

Form B201 (10/06)

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities fro credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. the briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a non–profits budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must compete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7**: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under §707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under Chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the proceeds to pay your creditors.
3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge, and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and, criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under Chapter 13 you must file with the court a plan to repay your creditor all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years depending upon your income and other factors. The court must approve your plan before it can take effect.

*Copyright 2007 © by LCL Designs, Tulsa, OK*

Form B201 (10/06)

3. After completing the payments under your plan, your debts are discharged except domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administration fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administration fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by the debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States trustee, the Office of the United State Attorney, and other components and employees of the Department of Justice.

**WARNING**: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certifcate of [Non–Attorney] Bankruptcy Petition Preparer

I, the [non–attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by §342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed or Type Name of Bankruptcy Petition Preparer | Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| Address | |

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**HILL, Bobby Ray and**
**HILL, Felice Theresa**
Printed Name(s) of Debtor(s)

Case Number

**s/ Bobby Ray Hill**                    **6/3/2007**
Signature of Debtor                               Date

**s/ Felice Theresa Hill**               **6/3/2007**
Signature of Joint Debtor (if any)               Date

*Copyright 2007  © by LCL Designs, Tulsa, OK*

Form B203 - Disclosure of Compensation of Attorney for Debtor (Page 1) (10/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re  **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____      Case No. _____
Debtor                                                                            (If known)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................................................. **$650.00**

   Prior to filing of this statement I have received...................................................................... **$650.00**

   Balance Due.......................................................................................................................... **$0.00**

2.  The source of compensation paid to me was:

    ☒ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor   ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advise to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]:

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__6/3/2007_____          __s/ Lewis Lorenz_____
Date                                                          Signature of attorney
                                                                  **Lewis C. Lorenz and Associates**
                                                                  Name of law firm

*Copyright 2007 © by LCL Designs, Tulsa, OK*

American Express
P.O. Box 360001
Fort Lauderdale, FL  33336-0001


Bank of America
Bankruptcy Dept./Claims
4161 Piedmont Parkway
Greensborough, NC  27410


Bank of America MBNA
PO Box 17054
Wilmington, DE  19884


Capital One
PO Box 650007
Dallas, TX  75265-0007


Citicorp Mortgage Inc.
PO Box 9442 Dept. 0
Gaithersburg, MD  20898


Credit Collection Services
Two Wells Avenue
Newton, MA  02459


Creditors Interchange
80 Holtz Dr.
Buffalo, NY  14225


Family Medical Center
PO Box 268977
Oklahoma City, OK  73126


Gary Fincher, DDS
6971 E. 71st St.
Tulsa, OK  74133


Harvey and Pat Holien
11819 Candlereek Dr.
Monument, CO  80132

Homecoming Financial Network
2711 N. Haskell Ave, Suite 1000
Dallas, TX  75204-2911


Household Credit Services
P.O. Box 60102
City of Industry, CA  91716-0102


Internal Revenue Service
Memphis, TN  38101-0069


Lab Corp of America
PO Box 2240
Burlington, NC  27216-2240


Love, Beal & Nixon, P.C.
P.O Box 32738
Oklahoma City, OK  73123


Mercedes-Benz Financial
PO Box 685
Roanoke, TX  76262


National Enterprise Systems
29125 Solon Road.
Cleveland, OH  44139-3442


NCO Financial System, Inc.
507 Prudential Road
Horsham, PA  19044


Oklahoma Tax Commission
Account Maintenance Division
PO Box 53248
Oklahoma City, OK  73152-3248


Rausch, Sturm, Israel and Hornik
1012 Grand Blvd., #A
Oklahoma City, OK  73118

Sunrise Credit Services, Inc.
PO Box 9100
Farmingdale, NY  11735-9100


Tulsa Adjustment Bureau
1754 Utica Square
Tulsa, OK  74114


Tulsa Coffee Service Inc.
Attn: David Neighbors
PO Box 581238
Tulsa, OK  74158


United States Department of Education
PO Box 7202
Utica, NY  13504-7207

Form - Verification as to Matrix
(10/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

In re   **HILL, Bobby Ray and**
**HILL, Felice Theresa** _____

Debtor

Case No.   _____

Chapter:   **Chapter 7** _____

# VERIFICATION AS TO MATRIX

I/We, the Debtor(s) herein, verify under penalty of perjury that the Official Mailing Matrix submitted either on computer diskette or CD-ROM is a true, correct and complete listing to the best of my/our knowledge.

I/We further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Official Matrix submitted via:

(a)   _____ computer diskette(s) listing a total of  **24**  creditors; or

(b)   _____ CD-ROM(s) listing a total of  **24**  creditors.

(c)   __**X**__ electronic text file listing a total of  **24**  creditors.

**s/ Bobby Ray Hill** _____
Signature of Debtor

**s/ Felice Theresa Hill** _____
Signature of Joint Debtor (if any)

**s/ Lewis Lorenz** _____
Attorney

**6-3-2007** _____
Date

[Check if Applicable]   _____ Creditor(s) with foreign addresses included.

Copyright 2007 © by LCL Designs, Tulsa, OK